■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FOSKEY, Appellant. [998 NYS2d 129]—Appeals having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (William Condo, J.), rendered on or about July 11, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur— Sweeny, J.P., Andrias, Saxe, DeGrasse and Gische, JJ.

■ 1471 SECOND CORP, Respondent, v NAT OF NY CORP. et al., Appellants. [997 NYS2d 315]—

Appeal from order, Supreme Court, New York County (O. Peter Sherwood, J.), entered on or about November 1, 2013, which denied defendants' letter request to submit a reply brief in further support of their cross motion to dismiss or for summary judgment, unanimously dismissed, without costs, as taken from a nonappealable paper.

The order appealed from did not decide a motion made upon notice and is therefore not appealable as of right (CPLR 5701 [a] [2]; *Serradilla v Lords Corp.*, 12 AD3d 279, 280 [1st Dept 2004]). We decline to exercise our discretion to deem the notice of appeal a motion for leave to appeal (*see id.*). Concur—Sweeny, J.P., Andrias, Saxe, DeGrasse and Gische, JJ.